UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| BARBARA SCOTT, Plaintiff, vs. NANCY BERRYHILL, Commissioner of Social Security, Defendant. | C17-5349 RSM<br><br>ORDER FOR ATTORNEY FEES |
|---|---|

The court finds and orders an attorney fee of $20,816.75 pursuant to 42 U.S.C. § 406(b). The attorney fee of $2,978.44 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this 4th day of January 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Kevin Kerr
KEVIN KERR, WSB #47715
Schneider Kerr Law Offices
PO Box 14490
(503) 255-9092
kevinkerr@schneiderlaw.com